UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene Laron Johnson, Edward K. Dembry, Larry Riddle-Evans, Bobby Dawkins, Cornell Roberson, and Aaron Teague,<br><br>       Plaintiffs,<br><br>v.<br><br>AWA Westpal, Assistant Warden; and Tracy Beltz, Warden;<br><br>       Defendants. | Civ. No. 24-4226 (PAM/JFD)<br><br><br><br><br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty dated March 13, 2025. (Docket No. 20.) The R&R recommends dismissal of this matter without prejudice.

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 20) is **ADOPTED**;

2. This matter is **DISMISSED without prejudice** to the extent that it purports to bring claims on behalf of any Plaintiffs other than Eugene Laron Johnson;

3. The applications to proceed in forma pauperis submitted by Plaintiffs Larry Riddle-Evans and Edward E. Dembry (Docket Nos. 8 and 9) are **DENIED as moot**;

4. Johnson's claims in this action are **DISMISSED without prejudice** as frivolous under 28 U.S.C. § 1915(e)(2); and

5. Johnson's Application to Proceed in District Court Without Prepaying Fees or Costs (Docket No. 12) and Motion for In-Person Service (Docket No. 13) are **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 9, 2025

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge